JAMES J. CRONIN, as Administrator, etc., of the Estate of JAMES CRONIN, Deceased, Appellant, v. GEORGE A. BREED, Respondent.— Judgment reversed

* Affd., 248 N. Y. 569.

and new trial ordered, with costs to the appellant to abide the event, on the ground that the question of fact should have been submitted to the jury. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.